■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE PEREZ, Appellant. [40 NYS3d 758]—Judgment of resen-

tence, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered April 25, 2012, resentencing defendant to a term of five years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*People v Lingle*, 16 NY3d 621 [2011]).

Defendant's challenge to the voluntariness of the underlying plea is not properly before this Court on this appeal from the judgment of resentence (*see People v Toney*, 116 AD3d 607 [1st Dept 2014], *lv denied* 23 NY3d 1043 [2014]; CPL 450.30 [3]). Concur—Renwick, J.P., Moskowitz, Kapnick, Kahn and Gesmer, JJ.